ACCEPTED
02-18-00021-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/24/2018 5:13 AM
DEBRA SPISAK
CLERK

## Case No. 02-18-00021-CR

| | | |
|---|---|---|
| **Kenvante Deshun Gatewood** | § | **In the Court of Appeals** |
| | § | |
| **v.** | § | **for the Second District of Texas** |
| | § | |
| **State of Texas** | § | **at Fort Worth, Texas** |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/24/2018 5:13:49 AM
DEBRA SPISAK
Clerk

### First Unopposed Motion for Extension of Time to File Appellant's Brief

To the Honorable Court of Appeals:

NOW COMES appellant in the above styled and numbered cause, by and through attorney, Max J. Striker, and moves this Court to grant an extension of time to file Appellant's Brief, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 396th District Court of Tarrant County, Texas.

2.     The case in the trial court was styled *State of Texas v. Kenvante Deshun Gatewood* Cause No.  14992350

3.     The Clerks Record was filed on April 20th 2018.

4.     The Reporters Record was filed on  April 17th 2018.

5. Appellant's Brief is currently due May 21st 2018.

6. Appellant is incarcerated.

7. Appellant requests a thirty (30) day extension of time to file the Appellant's Brief.

8. In support of this motion and as good cause, Appellant's counsel shows that he has been unable to complete the brief in this case before the due date it because he is currently working on or just completed the following appeals cases:

   *Javier Carbajal v. State* : Case No. 02-18-00141-CR

   *Miguel E. Garcia Arrendondo v. State* ; Case No. 05-17-00814-CR .

   *Adan Joel Vargas* v. State : Case no 01-18-00285-CR

9. Appellant's counsel requires additional time to prepare and file the Appellant's brief in this matter. Therefore, Appellant requests that the due date of this appeal, which is currently May 21st 2018, be extended for thirty (30) days to June 21st 2018.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/Max J. Striker
Max J. Striker
3000 East Loop 820
Fort Worth, Texas  76112
817.262.0758
State Bar No. 24058138
maxstrikerlaw@yahoo.com

## Certificate of Conference

On May 23rd 2018, Attorney Max Striker spoke with Haley Little of the Post-Conviction Section of the Tarrant County Criminal District Attorney's office who indicated that this motion was unopposed.

/s/Max J. Striker
Max J. Striker

## Certificate of Service

On May 24th 2018, counsel for Appellant caused a copy of this motion to be mailed, emailed or hand delivered to the following individuals:

Joe Spence
Post-Conviction
Tarrant County Criminal District Attorney
401 W. Belknap
Fort Worth, TX 76196

/s/Max J. Striker
Max J. Striker